BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00072-MCE-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $122,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Gregory Thomas Phelan ("claimant"), by and through their respective counsel, as follows:

1. On or about May 6, 2013, claimant Gregory Thomas Phelan filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $122,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on February 5, 2013.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is August 2, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 31, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 31, 2013.

Dated: 7/23/2013                                BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:     /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

Dated: 7/23/2013                                /s/ Timothy Zindel
                                                TIMOTHY ZINDEL
                                                Attorney for claimant
                                                Gregory Thomas Phelan, Sr.

                                                (Signature authorized by email)

**IT IS SO ORDERED**.

Dated: August 2, 2013

                                                _____
                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT